UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT BOYD,<br><br>       Plaintiff<br><br>v.<br><br>PLANET FITNESS, et al.,<br><br>       Defendants | Case No.: 2:25-cv-01424-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 4] |

On August 6, 2025, Magistrate Judge Youchah recommended that to the extent plaintiff Vincent Boyd seeks to assert a claim against defendant Planet Fitness under 42 U.S.C. § 1983, that claim be dismissed with prejudice. ECF No. 4 at 7.  Boyd did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 4) is accepted, and to the extent plaintiff Vincent Boyd seeks to assert a claim against defendant Planet Fitness under 42 U.S.C. § 1983, that claim is dismissed with prejudice.

DATED this 8th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE