UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VINCENT BOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEE et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01424-APG-EJY<br><br>**ORDER** |

On December 3, 2025, the Court entered an Order allowing Plaintiff's Fourth Amendment Excessive Force claim to proceed against Defendants Beramen, Ceballos, and Miller. ECF No. 9. The Court failed, at that time, to require issuance of summons and order service of these Defendants. Nonetheless, the Court further gave Plaintiff through and including January 5, 2026 to file a second amended complaint addressing claims dismissed without prejudice and with leave to amend. *Id.* at 6. No second amended complaint was timely filed by Plaintiff.

Accordingly, IT IS HEREBY ORDRED that Plaintiff's First Amended Complaint (ECF No. 8) is the operative Complaint in this matter.

IT IS FURTHER ORDERED that the Clerk of Court must send three USM-285 forms, together with a copy of this Order to Plaintiff. Plaintiff must complete the USM-285 forms for Defendants Jose Beramen, Jose Ceballos, and Christopher Miller to the best of his ability and return the same to the U.S. Marshal by mail no later than **January 30, 2026**. The completed USM-285 forms must be mailed to:

> Gary G. Schofield
> U.S. Marshal, District of Nevada
> Lloyd D. George Federal Courthouse
> 333 Las Vegas Blvd. S., Suite 2058
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that if Plaintiff fails to return the completed USM-285 forms, his First Amended Complaint may be subject to a recommendation to dismiss.

1  IT IS FURTHER ORDERED that the Clerk of Court must issue summonses for Defendants Jose Beramen, Jose Ceballos, and Christopher Miller and deliver the same to the U.S. Marshal's Office for service together with three copies of (1) this Order, (2) Plaintiff's First Amended Complaint (ECF No. 8), and (3) the Court's Screening Order (ECF No. 9).

IT IS FURTHER ORDERED that a copy of this Order together with a copy of Plaintiff's First Amended Complaint (ECF No. 8), the Court's Screening Order (ECF No. 9), and two copies of the Notice of Lawsuit and Request to Waive Service and Waiver of Service of Summons forms—two for each Defendant—(which copies are attached as Exhibit 1 to this Order), **must** be promptly mailed to:

> Ruth Miller
> General Counsel
> Las Vegas Metropolitan Police Department
> 400 S. Martin Luther King Blvd., Bldg. B.
> Las Vegas, NV 89106

IT IS FURTHER ORDERED that if the Waiver of Service is received on or before **February 13, 2026** no service by the U.S. Marshal Service is required. If, however, waiver of service is not received, the U.S. Marshal Service must attempt service on Defendants Jose Beramen, Jose Ceballos, and Christopher Miller no later than **February 27, 2026.**

IT IS FURTHER ORDERED that service, if necessary, on Defendants Jose Beramen, Jose Ceballos, and Christopher Miller may be attempted at:

> Las Vegas Metropolitan Police Department
> 400 S. Martin Luther King Blvd., Bldg. B.
> Las Vegas, NV 89106

Dated this 6th day of January, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

# **EXHIBIT 1**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT BOYD,<br><br>　　　　Plaintiff,<br>　v.<br>LEE, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-01424-APG-EJY<br><br>**RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS** |

TO:　DEFENDANTS JOSE BERAMEN, JOSE CEBALLOS,
　　　and CHRISTOPHER MILLER
　　　c/o Las Vegas Metropolitan Police Department
　　　400 S. Martin Luther King Blvd., Bldg. B
　　　Las Vegas, NV 89106

　　　A lawsuit has been filed against you or individuals/entities which you represent in this Court under the number shown above. A copy of the First Amended Complaint (ECF No. 8) is attached. This is not a summons or an official notice from the Court. It is a request that, to avoid the cost of service by the United States Marshals Service, Defendant waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, Defendant must file the signed waiver within 30 days from the date shown below, which is the date this notice was sent.

　　　If you file the signed waiver, the action will then proceed as if Defendant was served on the date the waiver is filed, but no summons will be served, and Defendant will have 60 days from the date this notice is sent to respond to the First Amended Complaint. If Defendant does not return the signed waiver within the time indicated, the Court will order the United States Marshals Service to personally serve the summons and First Amended Complaint on Defendant and may impose the full costs of such service. Please read the statement below about the duty to avoid unnecessary expenses.

　　　Dated: January 6, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and Amended Complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the Court has no jurisdiction over this matter or over a defendant or a defendant's property.

If the waiver is signed and filed, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must—within the time specified on the waiver form—serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the Court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT BOYD,<br><br>　　　　Plaintiff,<br>　v.<br><br>LEE, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-01424-APG-EJY<br><br>**RULE 4 WAIVER OF SERVICE OF SUMMONS** |

TO:　　The United States District Court for the District of Nevada

The following Defendant(s) acknowledge receipt of your request to waive service of summons in this case. Defendant(s) also received a copy of the First Amended Complaint (ECF No. 8). I am authorized by the following Defendant(s) to agree to save the cost of service of a summons and an additional copy of the First Amended Complaint in this action by not requiring that the following be served with judicial process in the case provided by Rule 4 of the Federal Rules of Civil Procedure:

_____ ;　　_____ ;

_____ ;　　_____ ;

The above-named Defendant(s) understand that they will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service. Defendant(s) also understand that they must file and serve an answer or a motion under Rule 12 within 60 days from the date when the Request for Waiver of Service of Summons was filed and that default judgment will be entered against them if they fail to do so.

Date:_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(Signature of attorney or unrepresented party)

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　Address:_____
　　　　　　　　　　　　　　　　　　Email Address:_____
　　　　　　　　　　　　　　　　　　Telephone Number:_____