# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT BOYD,<br><br>    Plaintiff<br><br>v.<br><br>LEE, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01424-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 9] |

On December 3, 2025, Magistrate Judge Youchah recommended that I dismiss with prejudice plaintiff Vincent Boyd's (1) claims against Planet Fitness manager Scott Lee under 42 U.S.C. § 1983 and Title II of the Civil Rights Act of 1964 for discrimination and (2) "discrimination" claim against Officers Beramen, Ceballos, Miller, Benes, and Hann. ECF No. 9 at 7. Judge Youchah also recommended that I accept no claim against Planet Fitness or Lee in this case, and that I dismiss without prejudice (but without leave to amend in this case) Boyd's claims arising from arrests for trespassing at various locations by various officers between August 31, 2023 and May 11, 2024.

Boyd did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 9) is accepted. I dismiss with prejudice plaintiff Vincent Boyd's (1) claims against

Planet Fitness or manager Scott Lee under 42 U.S.C. § 1983 and Title II of the Civil Rights Act of 1964 for discrimination and (2) "discrimination" claim against Officers Beramen, Ceballos, Miller, Benes, and Hann. I dismiss without prejudice, but without leave to amend in this case, Boyd's claims against Planet Fitness and Scott Lee, or any claim arising from arrests for trespassing at various locations by various officers between August 31, 2023 and May 11, 2024.

DATED this 8th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE