UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VINCENT BOYD,

              Plaintiff,

    v.

SCOTT LEE, OFFICER JOSE BERAMEN, P#2818, OFFICER JOSE CEBALLOS, P#2873, OFFICER CHRISTOPHER MILLER, P#1960, OFFICER S. BENES, P#12942, OFFICER B. HANN, P#9656,

              Defendants.

Case No. 2:25-cv-01424-APG-EJY

**ORDER**

The Court is informed by Las Vegas Metropolitan Police Department that they do not now, nor have they in the past during the times described by Plaintiff, employed officers Jose Beramen, Jose Ceballos, and Christopher Miller about whom Plaintiff complains in his Amended Complaint. These officers may be employed by the North Las Vegas Police Department. ECF No. 15.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is to send Plaintiff three USM-285 forms together with a copy of this Order. Plaintiff **must** complete the USM-285 forms for Jose Beramen, Jose Ceballos, and Christopher Miller and return to the U.S. Marshal Service no later than **February 27, 2026**. Each form must indicate service to occur on the respective officer at the North Las Vegas Police Department headquarters, which address Plaintiff **must** provide on the completed forms. The forms are to be returned to:

        Gary G. Schofield
        U.S. Marshal, District of Nevada
        Lloyd D. George Federal Courthouse
        333 Las Vegas Blvd. S., Suite 2058
        Las Vegas, NV 89101

IT IS FURTHER ORDERED that the Clerk of Court is to issue new summonses for Jose Beramen, Jose Ceballos, and Christopher Miller and deliver the same to the U.S. Marshal's Office

for service together with three copies of (1) this Order, (2) Plaintiff's First Amended Complaint (ECF No. 8), and the Court's Screening Order (ECF No. 9).

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service of the summons, Plaintiff's First Amended Complaint (ECF No. 8), and Screening Order (ECF No. 9) on Jose Beramen, Jose Ceballos, and Christopher Miller no later than **twenty one days** after receipt of the completed USM-285 forms.

IT IS FURTHER ORDERED that if Plaintiff fails to timely return completed USM-285 forms as stated in this Order, the Court may recommend this matter be dismissed for failure to comply and serve Defendants.

Dated this 2nd day of February, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE