UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VINCENT BOYD,

　　　　Plaintiff,

　v.

SCOTT LEE, OFFICER JOSE BERAMEN, P#2818, OFFICER JOSE CEBALLOS, P#2873, OFFICER CHRISTOPHER MILLER, P#1960, OFFICER S. BENES, P#12942, OFFICER B. HANN, P#9656,

　　　　Defendants.

Case No. 2:25-cv-01424-APG-EJY

**ORDER**

The Court finds service of process was not successfully completed in the above captioned matter brought by Plaintiff Vincent Boyd and proceeding against Officers Jose Beramen, Jose Ceballos, and Christopher Miller who are believed to be current or former North Las Vegas Police Department ("NLVPD") officers. It is unclear to the Court how a plaintiff is to proceed with service of process on officers employed by the NLVPD.

According, IT IS HEREBY ORDERED that the Clerk of Court is kindly asked to mail a copy of this Order—placing it as the top document in the packet to be mailed—together with summonses for Jose Beramen, Jose Ceballos, and Christopher Miller, Plaintiff's First Amended Complaint (ECF No. 8), and the Court's Screening Order (ECF No. 9) to:

> Andrew Moore
> City Attorney
> City of North Las Vegas
> 2250 Las Vegas Blvd. North
> North Las Vegas, NV 89030

IT IS FURTHER ORDERED that Mr. Moore is kindly asked to route these documents to the proper legal department or individual for determination of whether service will be accepted on behalf of Officers Beramen, Ceballos, and or Miller.

1

IT IS FURTHER ORDERED that the City of North Las Vegas must file a notice with the Court no later than **May 1, 2026** advising whether service of process is accepted for any of the officers identified.  If service is accepted, the responsive pleading to Plaintiff's First Amended Complaint is due on **July 1, 2026**.

IT IS FURTHER ORDERED that if service of process cannot be accepted for any or all of the officers identified, the City of North Las Vegas must file **under seal and without serving Plaintiff**, the last known addresses for each officer for whom service is not accepted.  The **under seal** filing is due no later than **May 1, 2026**.

Dated this 30th day of March, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE